UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 513, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:18CV01278 AGF |
| INVISION EXCAVATING & CONTRACTING, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' motion for default judgment (ECF No. 24) against Defendant InVision Excavating & Contracting, Inc.

Clerk's Entry of Default was entered against Defendant on November 6, 2018. ECF No. 8. Plaintiffs now seek judgment against Defendant in the amounts of $138,730.81 in principal, $28,083.87 in liquidated damages, $41.93 in outstanding variances, and $5,028.96 in attorney fees and costs, for a total of $171,885.57.

Upon review of the record, the Court observes that the amount of attorney fees and costs claimed in Plaintiffs' motion ($5,028.96) does not correspond with the amounts set forth in counsel's affidavit (totaling $4,652.96).

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **January 21, 2020**, Plaintiff shall revise its motion and/or counsel's affidavit and submit further billing documentation under seal reflecting actual attorney fees and costs.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of January, 2020.